NITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Warren Eickhorst : Chapter 13
: Case No: 17-20103
:
:
:

## MEDIATOR'S FINAL REPORT

Name of Debtor's Counsel: Nathan Brown, Miller & Miller Law

Name of Lender and Counsel: US Bank, Penny Gentges, Bass & Moglowsky

Property Address: N56W6731 Center Street, Cedarburg, WI 53012

Last Four Digits of Account Number of Loan: 1152

Mediation Session Date(s): 5/3/17; 6/29/17; 10/4/17; 11/8/17; 12/20/17; 1/31/17; 3/14/18; 4/18/18; 5/9/18; 6/7/18

How long from the Date of Appointment of Mediator to Date of Final Report: 413 days

The use of the Court's MortgageModification Mediation Programhas resulted in the following *(please check appropriate box below)*:

- ☐ Loan modification agreement has been reached.
    - ☐ Lender will file _____
    - ☐ Debtor will file: _____

- X  No loan modification agreement has been reached during mediation.
    - ☐ Debtor will file an amended plan within 14 days.
    - ☐ Parties are continuing in direct negotiations outside of MMM.
    - ☐ Parties are pursuing a short sale, surrender or deed in lieu of foreclosure.
- ☐ Other:

*The filing of this **Mediator's Final Report** terminates the Mortgage Modification Mediation with respect to the loan identified above.*

**Dated:** June 7, 2018

**Signature:** _____Natalie Flurry_____, **Mediator**